# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 24-12181-A
Case Style: Mack Wells, et al v. U.S. Bank, National Association, et al
District Court Docket No: 1:23-cv-22640-JEM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12181-A
_____

MACK WELLS,
MAURICE SYMONETTE,

                                              Plaintiffs - Appellants,

versus

U.S. BANK, NATIONAL ASSOCIATION,
As Trustee for FASC 2005 AHL3,
MERS RESIDENTIAL FUNDING,
VALERIE MANNO SHURR,
Judge,
JOHN C. SCHLESINGER,
Judge,
MIGUEL M. DE LA O,
Judge, et al.,

                                                Defendants - Appellees.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Maurice Symonette and Mack Wells failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court and file a Transcript Order Form and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective July 29, 2024.

                                                DAVID J. SMITH
                          Clerk of Court of the United States Court
                              of Appeals for the Eleventh Circuit

                                                            FOR THE COURT - BY DIRECTION